**DISMISS and Opinion Filed June 16, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-00300-CV**
_____

**IN THE INTEREST OF C.H., A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-07919**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Garcia

Appellant appeals from the trial court's order transferring jurisdiction of the underlying suit to Bonner County, Idaho pursuant to the Uniform Child Custody Jurisdiction Enforcement Act (UCCJEA). *See* TEX. FAM. CODE ANN. § 152.207. We questioned our jurisdiction over this appeal because an order transferring jurisdiction under the UCCJEA is reviewable by mandamus. *See In re Alanis*, 350 S.W.3d 322, 324 (Tex. App.—San Antonio 2011, orig. proceeding). At the Court's direction, appellant filed a letter brief. Appellant agrees that the proper remedy is by mandamus and not direct appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.  *See id*; TEX. R. APP. P. 42.3(a).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230300F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.H., A
CHILD

No. 05-23-00300-CV

On Appeal from the 302nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-20-07919.
Opinion delivered by Justice Garcia.
Justices Pedersen, III and Kennedy
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Sara Ann Hodges recover her costs of this appeal from appellant Bradley Francis Goodell.

Judgment entered June 16, 2023.